HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JOSE LARA-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LARA-MORALES,<br><br>Defendant. | Case No.  2:15-00213-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:    January 28, 2016<br>Time:   9:00 a.m.<br>Judge: Hon. Morrison C. England |

    It is hereby stipulated and agreed between defendants, Jose Lara-Morales and Marco Avila-Benitez, and plaintiff, United States of America, that the status conference scheduled for December 3, 2015, may be continued to January 28, 2016, at 9:00 a.m.

    Defense counsel has received about 300 pages of discovery in addition to about 34 compact discs containing video, audio, and photographic surveillance.  They seek additional time to review the discovery before they determine how best to proceed.  Accordingly, they ask the Court to exclude time from the date of this order through

1  January 28, 2016, and believe that failure to grant this continuance would deny them
2  the reasonable time necessary for effective preparation, taking into account the exercise
3  of due diligence.  Therefore, the parties ask to continue the status conference and to
4  exclude time under the Speedy Trial Act from the date of this order through January 28,
5  2016, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) [Local
6  Code T4].  The parties agree that the ends of justice served by taking such action
7  outweigh the best interest of the public and of Mr. Lara-Morales and of Mr. Avila-Benitez
8  in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 1, 2015          /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JOSE LARA-MORALES


/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Attorney for MARCO AVILA-BENITEZ


BENJAMIN WAGNER
United States Attorney

Dated:  December 1, 2015          /s/  T. Zindel for A. Beck
AMANDA BECK
Assistant U.S. Attorney

**O R D E R**

The status conference set for December 3, 2015 is continued to January 28, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time is therefore excluded from the date of this order through January 28, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December 2, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT