HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JOSE LARA-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:15-00213-GEB |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JOSE LARA-MORALES and MARCO AVILA-BENITEZ, | ) ) ) | |
| Defendants. | ) ) ) | Date:  January 29, 2016 Time:  9:00 a.m. Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendants, Jose Lara-Morales and Marco Avila-Benitez, and plaintiff, United States of America, that the status conference scheduled for January 29, 2016, may be continued to March 4, 2016, at 9:00 a.m.

Defense counsel continues to review 300 pages of discovery and 34 compact discs containing video, audio, and photographic

surveillance.  They seek additional time to review the discovery and to discuss it with their clients before they determine how best to proceed.  Accordingly, they ask the Court to exclude time from the date of this order through March 4, 2016, and agree that failure to grant this continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties thus ask to continue the status conference and to exclude time under the Speedy Trial Act from the date of this order through March 4, 2016, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)[Local Code T4].  The parties agree that the ends of justice served by taking such action outweigh the best interest of the public and of Mr. Lara-Morales and of Mr. Avila-Benitez in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  January 27, 2016       /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JOSE LARA-MORALES

Dated:  January 27, 2016       /s/ T. Zindel for J. Staniels
                               JEFFREY L. STANIELS
                               Attorney for MARCO AVILA-BENITEZ

                               BENJAMIN WAGNER
                               United States Attorney

Dated:  January 27, 2016       /s/  T. Zindel for A. Beck
                               AMANDA BECK
                               Assistant U.S. Attorney

**O R D E R**

The status conference scheduled for January 28, 2016, is continued to March 4, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time is therefore excluded from the date of this order through March 4, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  January 28, 2016

_____

GARLAND E. BURRELL, JR.
Senior United States District Judge