BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                    v.<br><br>JOSE LARA-MORALES, ET. AL.<br><br>                            Defendants. | CASE NO.  2:15-CR-213 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 4, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.     By previous order, this matter was set for status on March 4, 2016.

2.     By this stipulation, defendants now move to continue the status conference until April 8, 2016, and to exclude time between March 4, 2016, and April 8, 2016, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

        a)     The government has represented that the discovery associated with this case includes 353 Bates-stamped items, including the contents of at least one cellular phone, various law enforcement reports, and several Spanish-language and videotaped controlled substances transactions. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)     Counsel for defendants desire additional time to consult with their clients, to conduct investigation, and to consider legal and strategic options with regard to pretrial motions.

1    c)    Counsel for defendants believe that failure to grant the above-requested
2 continuance would deny counsel the reasonable time necessary for effective preparation, taking
3 into account the exercise of due diligence.

4    d)    The government does not object to the continuance.

5    e)    Based on the above-stated findings, the ends of justice served by continuing the
6 case as requested outweigh the interest of the public and the defendant in a trial within the
7 original date prescribed by the Speedy Trial Act.

8    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
9 et seq., within which trial must commence, the time period of March 4, 2016 to April 8, 2016,
10 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
11 because it results from a continuance granted by the Court at defendants' request on the basis of
12 the Court's finding that the ends of justice served by taking such action outweigh the best interest
13 of the public and the defendant in a speedy trial.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6  Dated:  March 1, 2016                    BENJAMIN B. WAGNER
                                           United States Attorney

7

8                                          /s/ AMANDA BECK
                                           AMANDA BECK
                                           Assistant United States Attorney

9

10

11  Dated:  March 1, 2016                   /s/ Timothy Zindel
                                           Timothy Zindel
                                           Counsel for Defendant
12                                         Jose Lara-Morales

13

14  Dated:  March 1, 2016                   /s/ Jeffrey Lewis Staniels
                                           Jeffrey Lewis Staniels
15                                         Counsel for Defendant
                                           Marco Antonio Avila-Benitez

16

17

18

19                          **FINDINGS AND ORDER**

20    IT IS SO FOUND AND ORDERED.

21  Dated:  March 2, 2016

22

23                                         _____
                                           GARLAND E. BURRELL, JR.
24                                         Senior United States District Judge

25

26

27

28