JEFFREY L. STANIELS

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

530-220-9770

stanielslaw@dcn.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:15-cr-213 GEB |
| Plaintiff, | |
| v. | **Stipulation and [Proposed] Order For Continuance** |
| Jose Lara-Morales, and<br>Marco Antonio Avila-Benitez, | **Date:** April 8, 2016<br>**Time:** 9:00 a.m** |
| Defendants. | **Judge:** Hon. Garland E. Burrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Amanda Beck, counsel for Plaintiff, and Assistant Federal Defender Timothy Zindel, counsel for Jose Lara-Morales, and Jeffrey L. Staniels, counsel for Defendant Marco Avila-Benitez, that the status conference currently set for April 8, 2016, be vacated, and that this matter be continued until May 20, 2016, at 9:00 a.m. for status conference.

In support thereof the court is advised that counsel for Defendant Lara-Morales continues to prepare various aspects of the defense for his client. The court is further advised that Government counsel and counsel for Mr. Avila-Benitez are engaged in on-going discussions of a proposed non-trial disposition which cannot be completed by April 8, 2016. Counsel believe that negotiations will be concluded and a non-trial disposition will be presented to the court for its consideration on May 20, 2016.

1

On this basis the parties believe and the court is requested to find that the requested continuance is reasonable, that the interests of justice served by granting the continuance outweigh the interests of the defendants and the public in a speedy trial, and that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Local Code T-4.

Respectfully submitted,

Dated:  April 1, 2016          s/ *Amanda Beck*  ,
                               Amanda Beck
                               Assistant U.S. Attorney
                               Counsel for Plaintiff

Dated: April 1, 2016           */s/ Jeffrey L. Staniels*
                               Jeffrey L. Staniels
                               Attorney for Marco Avila-Benitez

Dated: April 1, 2016           s/ *Timothy Zindel*  ,
                               Timothy Zindel
                               Assistant Federal Defender
                               Counsel for Jose Lara-Morales

# **O R D E R**

The attached stipulation of counsel is hereby GRANTED.  The status conference scheduled for April 8, 2016, is VACATED, and this case is continued until May 20, 2016 at 9:00 a.m. for status conference.

The court finds that the reasons cited in support of the requested continuance justify the request and that the interests of justice furthered by granting the continuance outweigh the interests of the defendants and the public in a speedy trial.

Time for trial under the Speedy Trial Act is excluded between April 8, 2016 and

May 20, 2016 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

**Dated:  April 1, 2016**

GARLAND E. BURRELL, JR.
Senior United States District Judge