1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   JOSE LARA-MORALES
7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) Case No.  2:15-00213-GEB
                                 )
13    Plaintiff,                 ) **STIPULATION AND ORDER**
                                 ) **CONTINUING STATUS CONFERENCE**
14               vs.             ) **AND EXCLUDING TIME AS TO**
                                 ) **DEFENDANT LARA-MORALES**
15  JOSE LARA-MORALES,           )
                                 ) Date:  May 20, 2016
16    Defendant.                 ) Time:  9:00 a.m.
                                 ) Judge: Hon. Garland E. Burrell, Jr.
17  _____)

18

19       It is hereby stipulated and agreed between defendant, Jose

20  Lara-Morales, and plaintiff, United States of America, that the

21  status conference scheduled for May 20, 2016, may be continued

22  to August 12, 2016, at 9:00 a.m., as to defendant Lara-Morales.

23  (Co-defendant Avila-Benitez is expected to change his plea at

24  the hearing on May 20, 2016.)

25       Defense counsel continues to review discovery, including 34

26  discs of video, audio, and photographic surveillance.  The

27  government expects to receive and evaluate a safety-valve

28

                              -1-

proffer from Mr. Lara-Morales.  While the parties anticipate resolving the case, their work has been hampered by Mr. Lara-Morales' placement in a remote location and need to arrange interpretive assistance.  Should the parties finalize their agreement prior to August, they may ask to advance the status for change of plea.

The parties ask the Court to exclude time under the Speedy Trial Act from the date of this order through August 12, 2016, and agree that failure to grant this continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)[Local Code T4].  The parties agree that the ends of justice served by taking such action outweigh the best interest of the public and of Mr. Lara-Morales in a speedy trial and ask the Court to so find.

                                  Respectfully Submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Dated:  May 18, 2016              /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for JOSE LARA-MORALES


                                  PHILLIP A. TALBERT
                                  Acting United States Attorney

Dated:  May 18, 2016              /s/  T. Zindel for A. Beck
                                  AMANDA BECK
                                  Assistant U.S. Attorney

1

2                                **O R D E R**

3

4          The status conference as to defendant Lara-Morales

5   scheduled for May 20, 2016, is continued to August 12, 2016, at

6   9:00 a.m.  The court finds that a continuance is necessary for

7   the reasons stated above and that the ends of justice served by

8   granting a continuance outweigh the best interests of the public

9   and the defendants in a speedy trial.  Time is therefore

10  excluded from the date of this order through August 12, 2016,

11  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

12         IT IS SO ORDERED.

13
    Dated:  May 19, 2016
14

15

16  _____
    GARLAND E. BURRELL, JR.
17  Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28
                                -3-