PHILLIP A. TALBERT
Acting United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-213 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE LARA-MORALES, ET. AL. | DATE: August 12, 2016 TIME: 9:00 a.m. |
| Defendants. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.     By previous order, this matter was set for status on August 12, 2016.

2.     On May 20, 2016, defendant Marco Antonio Avila-Benitez entered a guilty plea.  Dkt. #35.

3.     By this stipulation, defendant Jose Lara-Morales now moves to continue his status conference until September 23, 2016, and to exclude time between August 12, 2016, and September 23, 2016, under Local Code T4.

4.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes 353 Bates-stamped items, including the contents of at least one cellular phone, various law enforcement reports, and several Spanish-language and videotaped controlled substances transactions. All of this discovery has been either produced directly to counsel and/or made

1    available for inspection and copying.

2           b)    Mr. Lara-Morales's attorney desires additional time to consult with his client, to

3    conduct investigation, and to consider legal and strategic options with regard to pretrial motions.

4           c)    Defense counsel believes that failure to grant the above-requested continuance

5    would deny counsel the reasonable time necessary for effective preparation, taking into account

6    the exercise of due diligence.

7           d)    The government does not object to the continuance.

8           e)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11          f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of August 12, 2016 to September 23,

13   2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14   T4] because it results from a continuance granted by the Court at defendant's request on the basis

15   of the Court's finding that the ends of justice served by taking such action outweigh the best

16   interest of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5

6    Dated:  August 9, 2016                    BENJAMIN B. WAGNER
                                               United States Attorney

7

8                                              /s/ AMANDA BECK
                                               AMANDA BECK
9                                              Assistant United States Attorney

10

11   Dated:  August 9, 2016                    /s/ Timothy Zindel
                                               Timothy Zindel
12                                             Counsel for Defendant
                                               Jose Lara-Morales

13

14

15                         **FINDINGS AND ORDER**

16        IT IS SO FOUND AND ORDERED.

17        Dated:  August 9, 2016

18

19        _____

20        GARLAND E. BURRELL, JR.
          Senior United States District Judge

21

22

23

24

25

26

27

28